GIRARDI & KEESE
V. ANDRE REKTE, STATE BAR #129578
arekte @girardikeese.com
155 W. Hospitality Lane, Suite 260
San Bernardino, CA 92408
TEL:   909/381-1551
FAX:  909/381-2566

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OLGA TAFOYA, | ) | CASE NO. |
| | ) | |
| Plaintiff, | ) | COMPLAINT FOR DAMAGES |
| | ) | |
| vs. | ) | |
| | ) | 1.     Negligence |
| UNITED STATES POSTAL SERVICE; | ) | |
| JOHN DOE; and DOES 1 through 10 | ) | 2.     Vicarious Liability |
| Inclusive, | ) | |
| | ) | |
| Defendants. | ) | [Federal tort Claims Act 28 U.S.C. |
| | ) | Sections 1346, 2671, et seq.] |
| | ) | |
| | ) | |

1

<u>COMPLAINT FOR DAMAGES</u>

Plaintiff OLGA TAFOYA pleads the following on information and belief

1.    Plaintiff brings this action against defendant UNITED STATES POSTAL

pursuant to the Federal Tort Claims Act, 28 U.S.C. Section 1346, et seq. and 28 U.S.C. Section 2671, et

seq. and against DOES 1 through 10 [DOES] for negligence.

2.    Plaintiff filed an administrative claim pursuant to the requirements of 28 U.S.C.

Section2675 on August 14, 2017.  A true and correct copy of the Amended Claim for Damage, Injury, or

Death, claim form [Standard form 95] submitted by plaintiff is attached  hereto as Exhibit 1.

3.    A final disposition of Plaintiff's claim was not made within six months resulting

in a denial of the claim pursuant to the requirements of 28 U.S.C. Section 2675.  As a result of this denial,

Plaintiff possess the right to institute a claim against the United States Postal Service in United States

District Court pursuant to 28 U.S.C. Section 13456(B)(1)

## THE PARTIES

4.    At all times herein relevant hereto, Plaintiff OLGA TAFOYA ( hereinafter referred to

as "Plaintiff") was an  individual  residing in Riverside County, California.

5.    The United States defendant is in this action pursuant to the Federal Tort Calms

Act, 28 U.S.C., Section 2671, et seq.   At all relevant times the United States defendant employed JOHN

DOE in the United States Postal Service and was responsible for the acts and/or omissions alleged in this

Complaint that caused Plaintiff's injuries.

2

6.      JOHN DOE is a defendant in this action who Plaintiff is informed and believes resides in Southern California.  At the time of the incident, JOHN DOE was an agent of United States defendant.   At all times JOHN DOE acting within the scope of his employment under the circumstances where the United Sates, if a private person, would-be liable to the Plaintiffs in accordance the  law of the place where the act or omission occurred.

7.      Plaintiff is ignorant of the true names and capacities of defendants herein sued as DOES 1 THROUGH 10, inclusive, and therefore sue said defendants by such fictitious names. Plaintiff will seek leave of Court to amend this Complaint and allege their true names and capacities when ascertained.   Plaintiff is informed and believes and thereon alleges that each of said fictitiously named defendants are negligently responsible in some manner for the occurrences herein alleged, and that Plaintiff's injuries as herein alleged were proximately caused by such negligence.

8.      When Plaintiff refers to "Defendants" herein, Plaintiffs are referring collectively to United States; JOHN DOE; and DOES 1 through 10.

## JURISDICTION AND VENUE

9.      The jurisdiction of this Court is founded upon 28 U.S.C. Section 1346 because the Complaint states causes of action under the Federal Tort Claims Act, 28 U.S.C. Section 2671 et seq.

10.     Venue is proper in the Central District of California under 28 U.S.C. Section 1391 and 28 U.S.C. Section 1402 because the events or omissions giving rise to Plaintiff's claims occurred in the Central District of California and Plaintiffs resides in that judicial district.

3

COMPLAINT FOR DAMAGES

## GENERAL ALLEGATIONS

11.    On or about February 13, 2017 Plaintiff was severely injured and damaged due to the negligence of said Defendants.

12.    On or about February 13, 2017 Plaintiff was in her vehicle intending to make a right hand turn into a driveway at 741 Roadrunner Way, Perris, CA when she was struck by a United States Postal Service vehicle, driver's correct name being unknown at present time.

13.    At the time of the incident herein, JOHN DOE was driving the vehicle which struck Plaintiff.   Therefore, at the time of the incident, JOHN DOE acting within the scope of their employment of his office or employment, under circumstances where the United States, if a private person, would be liable to the Plaintiff in accordance with the law of the place where the act or omission occurred.

14.    As a result of being struck by said United States vehicle, Plaintiff suffered injuries to her body.

## FIRST CAUSE OF ACTION

### (Negligence Against All Defendants)

15.    Plaintiff realleges and incorporates herein by reference all foregoing paragraphs as if set forth fully herein.

16.    Defendants owed a duty of care to others, including Plaintiff.

17.    Defendants breached their duty of care to Plaintiff by negligently operating a vehicle so as to cause the injuries to Plaintiff.

4

18.     As a result of the incident, Plaintiff sustained injuries to her body after being struck by said Defendants' vehicle.

19.     At all times herein, JOHN DOE acting within the scope of his office or employment under the circumstances where the United States, if a private person, would be liable to the Plaintiff in accordance with the law of the place where the act or omission occurred.   Therefore, JOHN DOE's own individual negligence is also imputed to the United States.

## SECOND CAUSE OF ACTION

### (Vicarious Liability Against the United States Defendants)

20.     Plaintiff reallges and incorporate herein by reference all foregoing paragraphs as if set forth fully herein.

21.     At all times herein, JOHN DOE's conduct was reasonably related to the kinds of tasks that he was employed to perform

22.     Plaintiff is informed and believes that al all times herein, JOHN DOE's conduct was reasonably foreseeable in light of the United States' business and JOHN DOE's  job responsibilities.

23.     JOHN DOE owed a duty of care to others as he was delivering mail, including Plaintiff.

24.     JOHN DOE breached his duty of care to Plaintiff by negligently operating a vehicle so as to strike Plaintiff's vehicle.

25.     As a result of the incident caused by JOHN DOE while acting within the scope of his office or employment, Plaintiff received injuries after being struck by JOHN DOE.-

5

26.    Because JOHN DOE was at all times herein acting within the scope of his office or employment under circumstances where the United States, if a private person, would be liable to the Plaintiff in accordance with the law of the place where the act or omission occurred.    Therefore, the United States is vicariously liable for JOHN DOE's own individual negligence.

## PRAYER FOR RELIEF

Wherefore, Plaintiff prays for judgment against Defendants as follows:

1.    General damages according to proof;

2.    Special damages according to proof;

3.    Costs of suit incurred herein; and,

4.    For such other and further relief as this Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury on all claims so triable.

DATED: FEBRUARY 27, 2018

GIRARDI & KEESE
Attorneys for Plaintiff

BY: _____
V. ANDRE REKTE

6

EXHIBIT "1"

Amended.

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse), Number, Street, City, State and Zip code. |
|---|---|
| Accident Investigation/Tort Claim Unit (Case No.: 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) US. Postal Service 11251 Rancho Carmel Drive, RM1420, San Diego, CA 92199 | Olga Tafoya, 31973 Livingston St, Menifee, CA 92584 c/o Law Offices of Harlan B. Kistler 4193 Flat Rock Drive, Ste. 300, Riverside, CA 92505 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | 01/23/1980 | Single | Monday 02/13/17 | 3:25 p.m. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

As Ms. Tafoya was entering the driveway of the residence located at 741 Roadrunner Way in the City of Perris, County of Riverside, in the State of California, a United States Postal mail carrier was leaving the residence of 731 Roadrunner Way and collided with the rear of Ms. Tafoya's vehicle

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

Olga Tafoya, 31973 Livingston Street, Menifee, CA 92584

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

2010 KIA Soul sustained right rear damage; property damage is estimated at $2,099.55. Copy of estimate is attached as Ex. A.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

As a result of this accident, Olga Tafoya sustained injury to her neck, back, left side and lower extremities. Copies of medical records and billing are attached as Ex. B

| 11. | | WITNESSES |
|---|---|---|
| | NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| | Other than the parties involved there are no other witnesses to this incident. | N/A |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 2,099.55 | 97,900 45 | 0.00 | 100,000 00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| | 951.688.7000 | 08/04/2017 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

NSN 7540-00-634-4046

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☒ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

Infinity Insurance
P.O. Box 830807, Birmingham, AL 35283-0807

| 16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☒ Yes ☐ No | 17. If deductible, state amount. |
|---|---|
| Claim Number 20002904491 | 500.00 |

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

Infinity Insurance has repaired the damage sustained to Olga Tafoya's vehicle.  However, they have been unable to reimburse her for her deductible.

19. Do you carry public liability and property damage insurance? ☒ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No

Infinity Insurance
P.O. Box 830807, Birmingham, AL 35283-0807

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident.  If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid.  A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted.  Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplemental regulations.  If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant.  A claim presented by an agent or legal representative must be presented in the name of the claimant.  If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident.  Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., or 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501.  Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.  Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC  20530 or to the Office of Management and Budget.  Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK