1
2
3
4
5
6
7
8            JS-6
9
10
11
12
13
14
15

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| OLGA TAFOYA, | No. EDCV 18-00415-CAS (SPx) |
|---|---|
| Plaintiff, | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| v. | |
| UNITED STATES OF AMERICA, | Honorable Christina A. Snyder |
| Defendant. | United States District Judge |

1  The Court has considered the Stipulation of Dismissal with Prejudice the parties
2  filed.
3  THE COURT HEREBY ORDERS that this action, EDCV 18-00415-CAS (SPx),
4  is restored to the active calendar and dismissed in its entirety with prejudice, with each
5  party to bear its own costs and fees, including attorney fees.

Dated: 10-25-2019

*Christina A. Snyder*
Honorable Christina A. Snyder
United States District Judge

1